## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3813 | **DATE** | 9/27/2010 |
| **CASE TITLE** | Hill vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing previously scheduled for 10/12/10 [35] is re-set for 10/14/10 at 2:30 p.m. Parties shall be prepared to discuss schedule for motions in limine, pretrial order, pretrial conference, and trial.

Docketing to mail notices.

| | Courtroom Deputy | JD |
|---|---|---|